# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 4:21-CR-185 |
| | ) | |
| WALTER C. HARVEY, JR. | ) | |

## ORDER OF DISMISSAL

The motion of the Government for an order dismissing, without prejudice, the case against WALTER C. HARVEY, JR. is GRANTED. The above referenced case is hereby dismissed without prejudice.

**SO ORDERED** this 8th day of March 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA